UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS

COOPER HAYDEN,

    Plaintiff,

-vs-                                                         Case No:   2:11-cv-01196-SSV-ALC

ODYSSEA MARINE, INC.,

    Defendant.
_____/

## STIPULATION OF DISMISSAL

      The parties hereby stipulate pursuant to Rule 41(a)(1)(ii) to dismiss the pending action.

| | |
|---|---|
| O'BRYAN BAUN KARAMANIAN | VOURVOULIAS LAW FIRM, LLC |
| /s/ Dennis M. O'Bryan | /s/ George P. Vourvoulias, III (w/ consent) |
| _____ | _____ |
| DENNIS M. O'BRYAN | GEORGE P. VOURVOULIAS, III |
| Attorney for Plaintiff | Attorney for Plaintiff |
| 401 S. Old Woodward, Ste. 450 | 400 Poydras St., Ste. 1680 |
| Birmingham, MI 48009 | New Orleans, LA 70130 |
| (248) 258-6262 | (504) 680-4303 |
| dob@obryanlaw.net | georgev.vlf@gmail.com |

ADAMS & REESE, LLP

/s/ Charles A. Cerise, Jr. (w/consent)
_____
CHARLES A. CERISE, JR.
Attorney for Defendant
One Shell Square
701 Poydras St., Ste. 4500
New Orleans, LA 70139
(504) 581-3234
ceriseca@arlaw.com